PRATT, SIMMONS & CO. v. KITTIE FAIRFIELD *et al.*
No. 7778.

ACTION in the district court of Atchison county by Pratt, Simmons & Co. against Kittie Fairfield and Mollie B. Alderson. A demurrer by defendant Fairfield was sustained, and plaintiffs excepting, and electing to stand upon their petition, judgment for costs was rendered against the plaintiffs. They have brought the case here.

*J. F. Tufts*, and *Mills, Smith & Hobbs*, for plaintiffs in error.

*B. F. Hudson*, for defendants in error.

*Per Curiam:* The defendant in error Mollie B. Alderson is a necessary party in this court. She has not been served with a summons and does not appear in this court. The case is therefore dismissed.